ELECTRONIC CITATION:  2013 FED App. 0006P (6th Cir.)
File Name:  13b0006p.06

## BANKRUPTCY APPELLATE PANEL OF THE SIXTH CIRCUIT

In re:  DAVID  E.   BARLOW;  MARIA E.   )
BARLOW,   )
  )
       Debtors.   )
  )
_____   )
  )
HER, INC.; REAL LIVING, INC.; HARLEY E.   )
ROUDA, JR.; KAIRA STURDIVANT ROUDA;   )      No. 13-8018
HARLEY E. ROUDA, SR.,   )
  )
       Plaintiffs - Appellees,   )
  )
       v.   )
  )
DAVID E. BARLOW,   )
  )
       Defendant - Appellant.   )
_____

Appeal from the United States Bankruptcy Court
for the Southern District of Ohio
Case No. 11-52415; Adv. No. 11-02445

Submitted: November 5, 2013

Decided and Filed: November 14, 2013

Before: EMERSON, HARRIS, and McIVOR, Bankruptcy Appellate Panel Judges.

_____

### COUNSEL

ON BRIEF: Bradley K. Baker, PORTER, WRIGHT, MORRIS & ARTHUR LLP, Columbus, Ohio, for Appellees.  David E. Barlow, Delaware, Ohio, pro se.

_____

**OPINION**

_____


GEORGE W. EMERSON, JR., Bankruptcy Appellate Panel Judge. The issue before the Panel on appeal is whether the bankruptcy court erred in determining that a district court judgment entered against Debtor David E. Barlow ("Debtor") was nondischargeable under 11 U.S.C. § 523(a)(6). After reviewing the record, the parties' briefs, and applicable law, the Panel concludes that the bankruptcy court properly gave the district court's findings preclusive effect as to whether the district court judgment was the result of the Debtor's willful and malicious injury. Accordingly, for the reasons stated in the bankruptcy court's well-written opinion entered on September 26, 2013, *HER, Inc. v. Barlow* (*In re Barlow*), 478 B.R. 320 (Bankr. S.D. Ohio 2012), we affirm.